ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                    )
                                               )
Kalaeloa Ventures, LLC                         )   ASBCA No. 60527
                                               )
Under Contract No. N62742-08-RP-0057           )

APPEARANCES FOR THE APPELLANT:        James J. McCullough, Esq.
                                      Michael J. Anstett, Esq.
                                        Fried, Frank, Harris, Shriver & Jacobson LLP
                                        Washington, DC

                                      Sarah M. Love, Esq.
                                      Bruce D. Voss, Esq.
                                        Bays Lung Rose & Holma
                                        Honolulu, HI


APPEARANCES FOR THE GOVERNMENT:       Craig D. Jensen, Esq.
                                        Navy Chief Trial Attorney
                                      Devin A. Wolak, Esq.
                                        Trial Attorney

OPINION BY ADMINISTRATIVE JUDGE PROUTY

The parties have resolved this appeal* and request that the Board enter judgment in favor of appellant.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeal is sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $1,000,000 (one million dollars).

---

* Notably, Appeal Nos. 60528 and 60529, which were consolidated with these appeals, are NOT settled at this time and remain live and consolidated together, with ASBCA No. 60528 as the lead appeal.

This amount is inclusive of Contract Disputes Act interest. No further interest shall be paid.

Dated: July 6, 2022

J. REID PROUTY
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I concur

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I concur

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA No. 60527 Appeal of Kalaeloa Ventures, LLC, rendered in conformance with the Board's Charter.

Dated: July 7, 2022

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals

2